**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **PANTAURUS LLC,** | |
| Plaintiff, | Case No. 1:13-cv-544 |
| v. | |
| **DATA LOCKER INC.,** | **PATENT CASE** |
| | **JURY TRIAL DEMANDED** |
| Defendant. | |

**ORDER GRANTING AGREED MOTION TO DISMISS WITH
PREJUDICE, PURSUANT TO SETTLEMENT**

Having considered the Agreed Motion to Dismiss With Prejudice, Pursuant to Settlement,

filed by Plaintiff PanTaurus LLC ("PanTaurus") and agreed by Defendant Data Locker Inc.

("Data Locker"), the Court is of the opinion that such Motion should be GRANTED.

It is therefore ORDERED that PanTaurus's claims against Data Locker are dismissed

with prejudice, with each party to bear its own costs, expenses and attorneys' fees.