** NOT PRINTED FOR PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PANTAURUS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 1-13-CV-544 |
| v. | § | |
| | § | JUDGE RON CLARK |
| DATA LOCKER INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Before the court is the parties' Agreed Motion to Dismiss with Prejudice.  [Doc. # 22].

The parties seek a dismissal with prejudice.  The court is of the opinion that it should grant this.

IT IS THEREFORE ORDERED that the Agreed Motion Dismiss with Prejudice [Doc. # 22] is

GRANTED, this case is DISMISSED WITH PREJUDICE, and costs will be borne by the party

incurring the same.

So **ORDERED** and **SIGNED** this **2**  day of **January, 2014.**

_____
Ron Clark, United States District Judge